# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2025

Lyle W. Cayce
Clerk

————————

No. 25-10378
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FRANCIS ALOYSIUS REISINGER, III,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-285-1

———————————————————————

Before ELROD, *Chief Judge*, and HIGGINSON, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Francis Aloysius Reisinger, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reisinger has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10378

reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.